# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| STEPHANIE CLARK, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>PROGRESSIVE CASUALTY INSURANCE COMPANY,<br><br>    Defendant | Case No. 1:23-cv-01624-DAR<br><br>Hon. Judge David A. Ruiz |
| KENNETH OKONSKI, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>PROGRESSIVE CASUALTY INSURANCE COMPANY,<br><br>    Defendant. | Case No. 1:23-cv-01548-PAG<br><br>Hon. Judge Patricia A. Gaughan |
| BRADLEY OKONSKI, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>PROGRESSIVE CASUALTY INSURANCE COMPANY,<br><br>    Defendant. | Case No. 1:23-cv-01550-PAG<br><br>Hon. Judge Patricia A. Gaughan |

| | |
|---|---|
| EDUARDO BARBOSA, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>PROGRESSIVE CASUALTY INSURANCE COMPANY,<br><br>    Defendant. | Case No. 1:23-cv-01555-PAG<br><br>Hon. Judge Patricia A. Gaughan |
| REBECCA JOHNSON, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>PROGRESSIVE CASUALTY INSURANCE COMPANY,<br><br>    Defendant. | Case No. 1:23-CV-01583-PAG<br><br>Hon. Judge Patricia A. Gaughan |
| STEPHEN JOHNSON, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>PROGRESSIVE CASUALTY INSURANCE COMPANY,<br><br>    Defendant. | Case No. 1:23-CV-01585-PAG<br><br>Hon. Judge Patricia A. Gaughan |

| | |
|---|---|
| ROXANNE TRIGG, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>PROGRESSIVE CASUALTY INSURANCE COMPANY,<br><br>    Defendant. | Case No. 1:23-CV-01632-CEF<br><br>Hon. Judge Charles Esque Fleming |

## **PLAINTIFF STEPHANIE CLARK'S NOTICE OF SERVICE**

Plaintiff Stephanie Clark hereby files notice that she has served copies of her Motion to Consolidate Cases Pursuant to Federal Rule of Civil Procedure 42(a)(2), Motion to Appoint Interim Class Counsel Pursuant to Federal Rule of Civil Procedure 23(g), and Memorandum of Points and Authorities in Support and her Opposition to Motion to Consolidate cases Pursuant to Federal Rule of Civil Procedure 42(a) on Defendant Progressive Casualty Insurance Company.[1] Given that no counsel has made an appearance in any of these matters on behalf of Defendant, Ms. Clark has sent a true and accurate copy of all filings she made today to Defendant via ordinary U.S. mail, postage prepaid at the following address:

    Progressive Casualty Insurance Company
    P.O. Box 5070
    Cleveland, OH  44101

The Certificate of Service in Ms. Clark's filings indicated that all parties were notified via CM/ECF; however, this notice clarifies that service was also made on Defendant, which has not appeared in any of the actions and therefore could not be notified via the Court's CM/ECF system.

DATED:  August 25, 2023                      Respectfully submitted,

---

[1] For ease of reference, these filings include ECF No. 7 and 8 in Case No. 1:23-cv-1548-PAG. Ms. Clark filed a copy of ECF No. 7 from this case across all cases referenced in the above case captions.

3

/s/ Kevin C. Hulick
DENNIS R. LANSDOWNE (0026036)
STUART E. SCOTT (0064834)
KEVIN C. HULICK (0093921)
**SPANGENBERG SHIBLEY & LIBER LLP**
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
(216) 696-3232
(216) 696-3924 (FAX)
*dlansdowne@spanglaw.com*
*sscott@spanglaw.com*
*khulick@spanglaw.com*

HASSAN A. ZAVAREEI
(*pro hac vice forthcoming*)
**TYCKO & ZAVAREEI LLP**
2000 Pennsylvania Avenue NW, Suite 1010
Washington, DC 20006
(202) 973-0900
(202) 973-0950 (FAX)
*hzavareei@tzlegal.com*

***Counsel for Plaintiff and the Proposed Class***

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 25th day of August 2023, a true and correct copy of the foregoing was filed via the Court's Electronic Filing System. Copies will be served upon counsel of record by, and may be obtained, through the Court's CM/ECF Systems. In addition, Defendant will be served a true and accurate copy of the foregoing sent via U.S. Mail to the following address:

Progressive Casualty Insurance Company
P.O. Box 5070
Cleveland, OH  44101

/s/ Kevin C. Hulick
DENNIS R. LANSDOWNE (0026036)
STUART E. SCOTT (0064834)
KEVIN C. HULICK (0093921)
**SPANGENBERG SHIBLEY & LIBER LLP**
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH  44114
(216) 696-3232
(216) 696-3924 (FAX)
*dlansdowne@spanglaw.com*
*sscott@spanglaw.com*
*khulick@spanglaw.com*

HASSAN A. ZAVAREEI
(*pro hac vice forthcoming*)
**TYCKO & ZAVAREEI LLP**
2000 Pennsylvania Avenue NW, Suite 1010
Washington, DC  20006
(202) 973-0900
(202) 973-0950 (FAX)
*hzavareei@tzlegal.com*

*Counsel for Plaintiff and the Proposed Class*